UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Earnest Blueitt, Jr., § § Plaintiff, § versus § Bryan Collier, et al., § § Defendants. § | Civil Action H-18-4464 |

# Final Judgment

Earnest Blueitt's complaint is dismissed with prejudice.

Signed at Houston, Texas, on ____March 19,____, 2020.

Lynn N. Hughes
United States District Judge